IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RYKER WILLIAM SCHENCK,

    Plaintiff,

  v.

STATE OF CALIFORNIA, et al.,

    Defendants.
                             /

No. C 11-02502 CW (PR)

ORDER OF RECUSAL AND FOR REASSIGNMENT OF ACTION

    Plaintiff, a State prisoner proceeding pro se, has filed the above-captioned civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff names the undersigned as a Defendant in this action. Accordingly, the Court hereby RECUSES itself from presiding over this action under 28 U.S.C. § 455(b)(5)(i). The Clerk of the Court shall reassign this action to another district judge.

    IT IS SO ORDERED.

DATED: **6/3/2011**

                                       CLAUDIA WILKEN
                                       United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RYKER WILLIAM SCHENCK,

    Plaintiff,

v.

STATE OF CALIFORNIA et al,

    Defendant.

Case Number: CV11-02502 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 6, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ryker William Schenck AG4869
Delano Correction Facility
P.O. Box 580
Delano, CA 93216

Dated: June 3, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2