**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYKER WILLIAM SCHENCK,                    No. C 11-2502 SI (pr)

        Plaintiff,                              **JUDGMENT**

    v.

STATE OF CALIFORNIA; et al.,

        Defendants.
_____/

    This action is dismissed for failure to state a claim upon which relief may be granted.

    IT IS SO ORDERED AND ADJUDGED.

Dated: December 23, 2011                    _____
                                            SUSAN ILLSTON
                                            United States District Judge