UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYKER WILLIAM SCHENCK, | No. C 11-2502 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STATE OF CALIFORNIA; et al., | |
| Defendants. / | |

This action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: December 23, 2011

_____
SUSAN ILLSTON
United States District Judge